**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KEN JORDAN AND SCOTT KIRKLAND,
collectively p/k/a THE CRYSTAL METHOD,

        Plaintiffs,

  -against-                                    AFFIDAVIT OF SERVICE
                                                                  07-CV-06131(LAP)

SHERIDAN SQUARE ENTERTAINMENT,
INC., f/k/a "V2 RECORDS" AND VRNA, LLC,

        Defendant.
---------------------------------------------------------X

STATE OF NEW YORK    )
                            S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 28TH day of August, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND FIRST AMENDED COMPLAINT AND JURY DEMAND upon SHERIDAN SQUARE ENTERTAINMENT, INC., the defendant in this action, by delivering to and leaving with TAMMY ALEXANDER an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        TAMMY ALEXANDER is a black female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 145 pounds with black hair and brown eyes.

_____
DEBORAH LaPOINTE
Sworn to before me this
28TH day of August, 2007

_____
NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com