# MEIER FRANZINO & SCHER, LLP
## ATTORNEYS-AT-LAW

Tel: (212) 759-9770
Fax: (212) 644-2298
www.mfslawllp.com

570 Lexington Avenue
26th Floor
New York, NY 10022

Tinamarie Franzoni, Esq.
tfranzoni@mfslawllp.com

June 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re:    Ken Jorden et al. v. Sheridan Square Entertainment, Inc., et al
Civil Action No: 07-cv06131 (LAP)

Your Honor:

I am counsel for the defendant in the above-referenced action. As per my conversation with your Deputy, Megan, I am writing this letter to confirm that the pre-trial conference in the above matter has been adjourned to July 10, 2008 on consent of all parties. As I informed your Deputy, the parties are actively engaging in settlement discussions and at this time respectfully request that the conference be adjourned in order to avoid the significant legal fees which may hinder settlement. Prior to the next conference date, we will report to the court on progress of settlement negotiations.

**SO ORDERED**

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

TF  June 16, 2008

Respectfully submitted,

_Tinamarie Franzoni_
Tinamarie Franzoni

cc:    Oren J. Warshavsky, Esq.
Troutman Sanders, LLP