UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KEN JORDAN AND SCOTT KIRKLAND,
collectively p/k/a THE CRYSTAL METHOD

        Plaintiffs,

vs.

Civil Action No: 07-cv-06131 (LAP)

SHERIDAN SQUARE ENTERTAINMENT,
INC., f/k/a "V2 RECORDS" and VRNA, LLC.

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

        Defendant.

------------------------------------x

PLEASE TAKE NOTICE that Oren J. Warshavsky, Esq., counsel of record for Plaintiffs, in the above captioned action, has become a member of Baker & Hostetler LLP. Please substitute Oren J. Warshavsky, Esq. of Baker & Hostetler LLP in place and stead of Oren J. Warshavsky, Esq. Troutman Sanders LLP as of the date hereof. The undersigned hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorneys at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email addresses: owarshavsky@bakerlaw.com.

Dated: New York, New York
       July 16, 2008

                                      BAKER & HOSTETLER LLP

                                      By: _____
                                          Oren J. Warshavsky
                                          45 Rockefeller Plaza
                                          New York, New York  10111
                                          (212) 589-4200
                                          *Incoming Counsel for Plaintiffs*