## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July 2008, a true and accurate copy of the foregoing Notice of Change of Law Firm Affiliation for Oren J. Warshavsky, was filed electronically. Notice of this filing was sent to all parties by operation of the Court's Electronic Filing System.

_____
Oren J. Warshavsky